# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| RONALD BERNARD JONES, | ) | Civil No. 6:10-158 DCN |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| K. SHULER, MAIL PERSON, | ) | |
| | ) | |
| Defendant. | ) | |

On March 3, 2010, this court issued an Order adopting the Magistrate Judge's Report and Recommendation and dismissed plaintiff's complaint without prejudice. On March 4, 2010, judgment was entered in this case by the Clerk of Court. It appears from a review of the file that the plaintiff's copy of the Report and Recommendation was returned to the Clerk of Court due to insufficient postage and an incorrect mailing address. Now therefore,

IT IS ORDERED that this court's Order filed on March 3, 2010, dismissing plaintiff's complaint and the judgment filed on March 4, 2010 are vacated, and this matter is herewith reinstated for consideration of plaintiff's objections.

**AND IT IS SO ORDERED.**

DAVID C. NORTON
Chief United States District Judge

April 13, 2010
Charleston, South Carolina